

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA D. BURNER,

    Plaintiff,

v.                                      Civil Action No. 3:10cv770

CLOUD & TIDWELL, LLC

    Defendant.

## ORDER OF DISMISSAL

THIS DAY came the Plaintiff, Lisa D. Burner, by counsel, and represents to the Court that all of the matters in controversy have been completely and definitively resolved between the plaintiff and the defendant.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the claim set forth in the complaint filed herein by the plaintiff against the defendant had been settled and that said complaint should be dismissed with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that the complaint heretofore filed by Lisa D. Burner against Cloud & Tidwell, LLC be and it is hereby dismissed with prejudice. And nothing further, this matter is stricken from the docket and placed among the ended causes.

ENTERED this 11th day of March, 2011

                                    /s/
                            United States District Judge

I ask for this:

_____
John Cole Gayle, Jr. (VSB No. 18833)
The Consumer Law Group, PC
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Telephone: 804-282-7900
Facsimile: 804-673-0316
jgayle@theconsumerlawgroup.com

*Counsel for Plaintiff*

2